# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **20-mj-1417** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 18 U.S.C. § 545 |
| Huber ORTIZ-Herrera, | Smuggling Goods Into the United States (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about April 4, 2020, within the Southern District of California, defendant Huber ORTIZ-Herrera did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides and fertilizers, that is, five 1-liter bottles of "Furadan" and twelve 1-liter bottles of "Bayfolan," respectively, in violation of Title 18, United States Code, Section 545.

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON APRIL  17 , 2020.

_____
HON. JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE

2

United States of America
    v.
Huber ORTIZ Herrera

PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At approximately 10:13 p.m. on April 4, 2020, Huber ORTIZ Herrera entered the United States at the Otay Mesa Port of Entry as the driver and sole occupant of a gray Toyota Tacoma bearing California license plates. U.S. Customs and Border Protection (CBP) Officer Welch asked ORTIZ where he was going, and ORTIZ responded he was going to Temecula, California. CBP Officer Welch then asked ORTIZ if he had anything to declare, and ORTIZ responded in Spanish that he was declaring clothes. CBP Officer Welch looked in the bed of the truck and observed a sealed white box with green lettering. CBP Officer Welch asked ORTIZ what was in the box, and ORTIZ replied that it was for his tomatoes. Upon opening the box, CBP Officer Welch observed what he believed to be pesticides, and referred the vehicle to Secondary for further inspection.

At approximately 10:30 p.m. on April 4, 2020, CBP Officer Bryan-Fiamengo inspected the vehicle in the secondary inspection area and located the white box in the bed of the truck and a plastic bag on the back seat containing bottles of pesticides. Altogether, there were five one-liter bottles of the Mexican pesticide "Furadan" in the bag and twelve one-liter bottle of the Mexican fertilizer "Bayfolan" in the white

cardboard box.  In addition, inspectors located a receipt for the purchase of the box of Bayfolan earlier that day at a store called "Quimical" in Tijuana.

According to the label, Furadan contains the active ingredient carbofuran.  U.S. Environmental Protection Agency (EPA) special agents advised that in the United States, carbofuran is a cancelled pesticide in the United States because it is lethal if inhaled or swallowed, harmful if absorbed through the skin, highly toxic to honey bees, highly toxic to birds, highly toxic to mammals, very highly toxic to freshwater and estuarine/marine fish and invertebrates, can leach into groundwater and enter surface water as runoff, and poses a risk to drinking water especially for children.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides.  7 U.S.C. §136j(a)(1)(A).  Only pesticides registered with the EPA may be imported or sold in the United States.  7 U.S.C. §136o(c).  All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e).  In addition, all required information on a label must appear in the English language.  40 C.F.R. §156.10(a)(3).  The containers of pesticides found with ORTIZ were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 CFR 12.112.  ORTIZ provided no such Notice of Arrival for the pesticides in this case.

On April 4, 2020, agents gave ORTIZ a Notice to Appear, requiring him to appear in San Diego before the duty magistrate at 2:00 p.m. on June 18, 2020, to answer to this charge.